AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(1))*

Case No. 2:26–cv–12232–MAG–DRG

This summons for *(name of individual and title, if any)* Electrical Components International Inc.
was received by me on *(date)* 7-30-26

[ ] I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________________ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* ______________________
______________________ a person of suitable age and discretion who resides there,
on *(date)* ______________________ , and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* CT Corporation System , who is
designated by law to accept service of process on behalf of *(name of organization)* Electrical Components International Inc at 40600 Ann Arbor Rd. E. #201 Plymouth MI 48170 on (date) 7-30-26 ; or

[ ] I returned the summons unexecuted because ______________________ ; or

[ ] Other: *(specify)*: ______________________

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: 7-30-26

[signature]
*Server's Signature*

Christopher Anderson, process server
*Printed Name and Title*

30300 Telegraph #245 Bingham Farms MI 48025
*Server's address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

Christopher Jones,

*Plaintiff,*

v.

Case No. 2:26−cv−12232−MAG−DRG
Hon. Mark A. Goldsmith

Electrical Components International, Inc.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Electrical Components International, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

Tad T. Roumayah
One Town Square
Suite 1700
Southfield, MI
48076

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ Carolyn M Ciesla
*Signature of Clerk or Deputy Clerk*

Date of Issuance: July 6, 2026